UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IRVIN RICHARDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3514** |
| **JAMES LEBLANC** | **SECTION "S" (3)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's *habeas corpus* claim is **DISMISSED WITH PREJUDICE** and that his claim for monetary damages is **DISMISSED WITH PREJUDICE** to its being asserted again until the Heck conditions are met.

New Orleans, Louisiana, this __16th__ day of _____June_____, 2008.

_____
UNITED STATES DISTRICT JUDGE